# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>MILLER F HALL<br><br>Debtor(s) | Case No. 12-29777 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/27/2012.

2) The plan was confirmed on 10/23/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 11/05/2013, 10/21/2014, 04/21/2015, 02/03/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 06/24/2016.

6) Number of months from filing to last payment: 47.

7) Number of months case was pending: 51.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $105,158.00.

10) Amount of unsecured claims discharged without payment: $39,749.49.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $17,277.53 |
| Less amount refunded to debtor | $461.53 |

**NET RECEIPTS:** $16,816.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $751.15 |
| Other | $156.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,407.15

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALLSTATE INSURANCE COMPANY | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| ASSOC ST JAMES RADIOLOGISTS | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| BALLYS TOTAL FITNESS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BERWYN POLICE DEPT | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 488.00 | 1,857.80 | 1,857.80 | 316.75 | 0.00 |
| CITY OF DES PLAINES | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CITY OF JOLIET | Unsecured | 4.00 | NA | NA | 0.00 | 0.00 |
| COMCAST CABLE COMMUNICATION | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE COUNTY COURT CLERK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY PHYSICIAN MGMT SVC | Unsecured | 291.00 | NA | NA | 0.00 | 0.00 |
| ERAC LOMBARD | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| FIELD SURGICAL ASSOCIATES LTD | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| FRANCISCAN ST MARGARET HEALT | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| GREAT AMERICAN FINANCE | Unsecured | 1,661.00 | 581.89 | 1,661.89 | 283.35 | 0.00 |
| GREAT AMERICAN FINANCE | Secured | NA | 1,080.00 | 1,080.00 | 0.00 | 0.00 |
| HAYES PROPERTIES INC | Unsecured | 4,045.00 | 4,196.45 | 4,196.45 | 715.51 | 0.00 |
| HICKORY CARDIAC CARE | Unsecured | 256.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 667.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| IL STATE DISBURSEMENT UNIT | Priority | NA | 159.43 | 159.43 | 159.43 | 0.00 |
| IL STATE DISBURSEMENT UNIT | Priority | NA | 6,752.96 | 6,752.96 | 6,752.96 | 0.00 |
| IL STATE DISBURSEMENT UNIT | Priority | NA | 1,739.41 | 1,739.41 | 1,739.41 | 0.00 |
| ILLINOIS TITLE LOANS | Unsecured | 3,700.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| JACK FLEMMING | Unsecured | 2,100.00 | NA | NA | 0.00 | 0.00 |
| JEANNINE PARKER ROSS | Unsecured | 840.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY MED CTR | Unsecured | 425.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY MEDICAL CTR | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| MACNEAL EMERGENCY PHYSICIAN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 150.00 | 1,550.00 | 1,550.00 | 264.27 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NICOR GAS | Unsecured | 600.00 | 792.15 | 792.15 | 135.06 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Secured | 600.00 | 0.00 | 600.00 | 600.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 459.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 320.00 | 310.00 | 310.00 | 52.85 | 0.00 |
| PREMIER BANK CARD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PUBLIC STORAGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 50.00 | 50.00 | 50.00 | 8.52 | 0.00 |
| RADIOLOGY IMAGING CONSULTANT | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| REPUBLIC WESTERN INSURANCE | Unsecured | 660.00 | NA | NA | 0.00 | 0.00 |
| SAINT JOSEPH HOSPITAL | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TIESENGA SURGICAL ASSOCIATES | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| US EMPLOYEES CREDIT UNION | Unsecured | 4,324.00 | 8,098.25 | 8,098.25 | 1,380.74 | 0.00 |
| US EMPLOYEES CREDIT UNION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US EMPLOYEES CREDIT UNION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US EMPLOYEES CREDIT UNION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US EMPLOYEES CREDIT UNION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US EMPLOYEES CREDIT UNION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VASCULAR SURGERY NON INVASIV | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF DOLTON DEPT OF REVE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF FOREST PARK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF FOREST PARK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF UNIVERSITY PARK | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| WYNDHAM VACATION RESORTS INC | Unsecured | 11,663.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $600.00 | $600.00 | $0.00 |
| All Other Secured | $1,080.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$1,680.00** | **$600.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $8,651.80 | $8,651.80 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$8,651.80** | **$8,651.80** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$18,516.54** | **$3,157.05** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $4,407.15 |
| Disbursements to Creditors | $12,408.85 |
| **TOTAL DISBURSEMENTS** : | **$16,816.00** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/03/2016        By: /s/ Tom Vaughn
                                                         Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**